CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

DEC 12 2008

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JERRY L. OLIVER, <br> Plaintiff, | ) <br> ) Civil Action No. 7:08-cv-00558 <br> ) |
| v. | ) **FINAL ORDER** <br> ) |
| CPTN. MYERS, et. al., <br> Defendants. | ) By: Hon. James C. Turk <br> ) Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915A(b)(1), plaintiff's motion for leave to proceed in forma pauperis is **DISMISSED** as moot, and the action is stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 12th day of December, 2008.

/s/ James C. Turk
Senior United States District Judge